IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHURLAND OVID SINGH,                       :            NO. 2:05-cv-3435-LS
                  Petitioner            :
                                        :
      VS.                                          :
                                        :
ALBERTO GONZALES,                            :
United States Attorney General;             :
MICHAEL CHERTOFF,                            :
Secretary of Homeland Security;             :
THOMAS DECKER,                               :
Berks County Prison Warden,                 :
                  Respondents            :

ORDER

AND NOW, this                  day of                                 , 2005, upon

consideration of the pleadings and record herein, and after review of the Report and

Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DENIED

WITHOUT PREJUDICE.

3.      There is no probable cause to issue a certificate of appealability.

It is so ORDERED.

                           BY THE COURT:

_____

                           LAWRENCE F. STENGEL          J.